29 So.2d 897

**Rufus GEE v. STATE.**

**6 Div. 285.**

Court of Appeals of Alabama.
Dec. 10, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

35 So.2d 919

**Rufus GIBSON v. STATE.**

**6 Div. 565.**

Court of Appeals of Alabama.
April 20, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

35 So.2d 920

**Rufus GIBSON v. STATE.**

**6 Div. 566.**

Court of Appeals of Alabama.
April 20, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

32 So.2d 178

**Thornton GIBSON v. STATE.**

**4 Div. 978.**

Court of Appeals of Alabama.
April 8, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

32 So.2d 178

**J. C. GOLDEN v. STATE.**

**6 Div. 403.**

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

35 So.2d 920

**Ovis GOODSON v. STATE.**

**6 Div. 533.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.